**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **RICHARD MOORE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NO.** |
| | ) **3:21-cv-120-MPM-RP** |
| **JIM H. JOHNSON,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT

For the reasons given in the Court's Order of this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

This, the 19th day of September, 2022.

/s/ Michael P. Mills
UNITED STATES DISTRICT COURT JUDGE